UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

RONALD A. SHREEVE and
LINDA C. COSTOPULOS,

        Plaintiffs,

v.                                                         Case No. 20-12046

CHRIS RAYES and
CITY OF ST. CLAIR SHORES,

        Defendants.
_____/

## JUDGMENT

In accordance with the "Opinion and Order Granting Defendants' Motion to Dismiss and Dismissing this Case" entered on January 27, 2021,

IT IS ORDERED AND ADJUDGED that judgment is entered for Defendants Chris Rayes and City of St. Clair Shores, and against Plaintiffs Ronald A. Shreeve and Linda C. Costopulos. Dated at Port Huron, Michigan, January 27, 2021.

                                              KINNIKIA ESSIX
                                              CLERK OF THE COURT

                                              By: <u>s/Lisa Wagner</u>
                                                  Lisa Wagner, Case Manager
                                                  to Judge Robert H. Cleland